**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andre MILLS, Defendant–Appellant.**

No. 02–21237.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Andre Mills appeals his guilty plea conviction for aiding and abetting the possession of more than five grams of cocaine base with intent to distribute. Mills argues that 21 U.S.C. §§ 841(a) and (b) were rendered facially unconstitutional by *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Mills concedes that his argument is foreclosed by our opinion in *United States v. Slaughter,* 238 F.3d 580, 581–82 (5th Cir. 2000) (revised opinion), *cert. denied,* 532 U.S. 1045, 121 S.Ct. 2015, 149 L.Ed.2d 1015 (2001), which rejected a broad *Apprendi*-based attack on the constitutionality of that statute. He raises the issue only to preserve it for Supreme Court review. A panel of this court cannot overrule a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. *Burge v. Parish of St. Tammany,* 187 F.3d 452, 466 (5th Cir.1999). No such decision overruling *Slaughter* exists. Accordingly, Mills's argument is foreclosed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under